FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0221

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0221

SEAN MICHAEL BELL,

Petitioner,

FILED

APR 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.

JIM SALMONSEN, Warden,
Montana State Prison,

Respondent.

ORDER

Representing himself, Sean Michael Bell has filed a "Petition For Mont. Const. Art. II § 22 Relief[,]" with this Court. In three, handwritten sentences, Bell requests that this Court "Order the Prison to Shut" off the speaker in his cell wall because the speaker is not allowing him to sleep. He alleges cruel and unusual punishment and represents that he has asked the prison staff to turn the speaker off.

Bell's remedy is not with this Court. This Court may exercise its original jurisdiction over writs "commenced . . . to obtain writs of habeas corpus, injunction, review or certiorari, mandate, quo warranto, and other remedial writs or orders," and "conducted in the manner prescribed by the applicable sections of the Montana Code Annotated for the conduct of such or analogous proceedings and by these rules." M. R. App. P. 14(2). Bell has not presented a request for any type of viable writ upon which this Court may exercise its original jurisdiction. M. R. App. P. 14(1).

Bell's remedy is with the Montana State Prison. He should avail himself of the Department of Corrections policies, such as submitting an Offender/Staff Request form under DOC Policy 3.3.5 or filing a grievance under DOC Policy 3.3.3, concerning the use or volume of the speaker in his cell wall. Bell should seek relief through these administrative policies.

Bell's request for relief is not cognizable under any extraordinary relief, pursuant to M. R. App. P. 14(2). Therefore,

IT IS ORDERED that Bell's Petition For Mont. Const. Art. II § 22 Relief is DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of the Order's date.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Sean Michael Bell.

DATED this 23 of April, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2